Andrew C. Schwartz (State Bar No. 64578)
Adam M. Carlson (State Bar No. 257795)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
schwartz@cmslaw.com
carlson@cmslaw.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
ksnell@snell-law.com

Attorneys for Plaintiff Wayne Steven Anderson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE STEVEN ANDERSON<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL OFFICER JOHN MARSH and DOES 1-20,<br><br>Defendants. | CASE NO.1:14-CV-01599 TLN-SAB<br><br>**STIPULATION TO REQUEST LEAVE OF COURT FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND JOINT CLAIMS AND ORDER** |

On June 5, 2015, plaintiff Wayne Steven Anderson died. He is survived by his wife, Joanna Anderson, and their two children. Pursuant to Federal Rules of Civil Procedure, Rule 15, California Rules of Civil Procedure section 377.30, et seq., and Local Rule 143, the parties hereby stipulate as follows:

1. The parties move the Court to allow the pending action to be continued by the decedent's successor in interest, Joanna Anderson;

2. The parties move the Court to join the causes of action of decedent's wife and

*Anderson v. California Highway Patrol Officer Marsh, et al.*   Page 1
STIPULATION TO REQUEST LEAVE OF COURT FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND JOIN CLAIMS AND ORDER

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

children to the pending action;

3. The parties move the Court to grant Plaintiffs leave to file the First Amended Complaint. The First Amended Complaint is to be filed within seven (7) days of this signed order.

4. The parties move the Court to amend the scheduling order to allow the parties to complete discovery on the new claims. The parties stipulate to the following new dates.

    New fact discovery cutoff date:  February 10, 2016;

    New expert disclosures cutoff date:  March 09, 2016;

    Dispositive motions to be noticed for no later than **June 02, 2016**

Because the Court requires a time period of five (5) months from the final dispositive motion date to the Trial date, the Court hereby resets the Pretrial conference and Trial dates as follows:

    Pretrial conference date:  **September 8, 2016**

    Trial and other attendant dates:  **November 7, 2016.**

Dated: September 29, 2015    CASPER, MEADOWS, SCHWARTZ & COOK

    /s/ - "Andrew C. Schwartz"
By: ANDREW C. SCHWARTZ
Attorneys for Plaintiff

Dated: September 29, 2015    OFFICE OF THE ATTORNEY GENERAL

    /s/ - "Wil Fong"
By: Wilfred Fong
Attorney for Defendants

It is so ORDERED.
Dated: October 15, 2015

Troy L. Nunley
United States District Judge

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Anderson v. California Highway Patrol Officer Marsh, et al.*    Page 2
STIPULATION TO REQUEST LEAVE OF COURT FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND JOIN CLAIMS AND ORDER