# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE STEVEN ANDERSON, et al., | Case No. 1:14-cv-01599-TLN-SAB |
| Plaintiffs, | ORDER DENYING REQUEST TO SEAL DOCUMENTS |
| v. | (ECF No. 25) |
| JOHN MARSH, | |
| Defendant. | |

On October 14, 2014, Plaintiffs filed this civil rights action pursuant to 42 U.S.C. § 1983 alleging the use of excessive force in violation of the Fourth Amendment. (ECF No. 1.) On October 16, 2015, Plaintiff filed a first amended complaint adding claims for violation of the Fourteenth Amendment and negligence under California law. (ECF No. 23.) On December 9, 2015, a request to seal documents was filed. (ECF No. 25.)

The parties seek to file under seal documents that will be relevant to adjudication of a discovery dispute. However, at this time no discovery dispute is pending before the Court. The Court will not grant a request to file documents under seal unless there is an issue currently pending before the Court to which the documents relate. For this reason, the request to file documents under seal shall be denied.

Additionally, Rule 141 provides "[d]ocuments may be sealed only by written order of the Court, upon the showing required by applicable law.' In order to seal documents attached to a

nondispositive motion, the party is required to show good cause to seal the documents.  <u>Pintos v. Pacific Creditors Ass'n</u>, 605 F.3d 665, 677-78 (9th Cir. 2009).

Therefore, the Court does not seal case documents or exhibits from public view without good cause.  The fact that the parties designate the documents confidential under the protective order is insufficient by itself show that good cause exists to file documents under seal.  Rule 141 requires the parties to provide the authority by which the documents may be sealed.  The parties are directed to Local Rule 141 for additional requirements in filing a request to seal.

Based on the foregoing, IT IS HEREBY ORDERED that the request to seal documents filed December 9, 2015, is DENIED.

IT IS SO ORDERED.

Dated:   **December 9, 2015**

UNITED STATES MAGISTRATE JUDGE