Andrew C. Schwartz (State Bar No. 64578)
Adam M. Carlson (State Bar No. 257795)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
schwartz@cmslaw.com
carlson@cmslaw.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
ksnell@snell-law.com

Attorneys for Plaintiff
Wayne Steven Anderson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE STEVEN ANDERSON<br><br>  Plaintiff,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL OFFICER JOHN MARSH and DOES 1-20,<br><br>  Defendants. | CASE NO.: 1:14-CV-01599 TLN-SAB<br><br>**JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER** |

On March 24, 2015, this Court filed a Pretrial Scheduling Order in this matter. Document No. 18. On October 16, 2015, the Court modified certain dates in the Pretrial Scheduling Order. Document No. 22. In this Joint Request for further modification of the Pretrial Scheduling Order, the parties respectfully request that the Court modify one of the cutoff dates set forth in the Pretrial Scheduling Order.

Specifically, the parties request that the Court extend the deadline for expert disclosures from March 9, 2016, to May 13, 2016. The parties' request that all other dates set

---

*Anderson v. California Highway Patrol Officer Marsh, et al.*  Page 1
Joint Request to Modify Pretrial Scheduling Order and Order

forth in this Court's October 16, 2015 Order remain in effect.

The parties make this request for good cause. The parties are seeking the opportunity to complete fact discovery and then engage in meaningful settlement negotiations. The parties believe the chances for settlement will be increased if the discussions take place before the parties incur the substantial costs of retaining experts and preparing expert disclosures.

The parties are on track to complete fact discovery on schedule, by February 10, 2016. Under the current Pretrial Scheduling Order the parties would be required to produce expert reports within the following four weeks, expending significant time and resources, before they have had the opportunity to mediate their dispute in possession of all the relevant facts. The modification the parties seek will give them the opportunity to engage in meaningful and, hopefully, fruitful settlement discussions.

For the foregoing reasons, the parties jointly request that the Court Order the cutoff date for expert disclosures to be extended until May 13, 2016.

Dated: January 8, 2016    /s/ - "Andrew C. Schwartz"
By: ANDREW C. SCHWARTZ
CASPER, MEADOWS, SCHWARTZ & COOK
Attorneys for Plaintiffs

Dated: January 8, 2016    /s/ - "Wil Fong"
By: WIL FONG
OFFICE OF THE ATTORNEY GENERAL
Attorney for Defendants

GOOD CAUSE APPEARING, it is hereby ORDERED that the Pretrial Scheduling Order is modified to extend the deadline for expert disclosures from March 9, 2016, to May 13, 2016.

Dated: January 8, 2016

Troy L. Nunley
United States District Judge

---

*Anderson v. California Highway Patrol Officer Marsh, et al.*    Page 2
Joint Request to Modify Pretrial Scheduling Order and Order

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131