Andrew C. Schwartz (State Bar No. 64578)
Adam M. Carlson (State Bar No. 257795)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:  (925) 947-1147
Facsimile:   (925) 947-1131
schwartz@cmslaw.com
carlson@cmslaw.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA  94117
Telephone:  (415) 225-7592
Facsimile:  (415) 487-0748
ksnell@snell-law.com

Attorneys for Plaintiffs
ESTATE OF WAYNE STEVEN ANDERSON, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF WAYNE STEVEN ANDERSON, JOANNA ANDERSON, M.A. AND W.A., <br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL OFFICER JOHN MARSH and DOES 1-20,<br><br>Defendants. | CASE NO.:  1:14-CV-01599 TLN-SAB<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS' SECOND, THIRD, AND FOURTH CAUSES OF ACTION** |

**STIPULATION**

Plaintiffs and Defendants hereby stipulate and jointly move the Court as follows:

(1) to permit Plaintiffs to voluntarily dismiss their Second, Third, and Fourth Causes of

Action with prejudice,

(2) to permit Defendants to withdraw their Motion for Summary Judgment as to Plaintiffs'

Second, Third and Fourth Causes of Action, only, as moot;  and

---

*Anderson v. California Highway Patrol Officer Marsh, et al.* Page 1
STIPULATION AND ORDER TO DISMISS PLAINTIFFS' SECOND, THIRD, AND FOURTH CAUSES OF ACTION

(3) to permit Plaintiffs JOANNA ANDERSON, in her personal capacity, M.A., a minor, by and through her guardian ad litem, Joanna Anderson, and W.A., a minor, by and through his guardian ad litem Joanna Anderson, to be dismissed as parties from this action.

Dated: April 8, 2016                               CASPER, MEADOWS, SCHWARTZ & COOK

                                             /s/ - "Andrew C. Schwartz"
By: ANDREW C. SCHWARTZ
Attorneys for Plaintiffs

Dated: April 8, 2016                               ATTORNEY GENERAL OF CALIFORNIA

                                             /s/ - "Wilfred Fong"
By: WILFRED FONG
Deputy Attorney General
Attorneys for Defendants

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

ORDER

Based on the parties' stipulation, and good cause appearing, it is hereby ORDERED that:

(1) Plaintiffs' Second, Third, and Fourth Causes of Action are hereby dismissed, with prejudice;

(2) Defendants Motion for Summary Judgment as to Plaintiffs' Second, Third and Fourth Causes of Action, only, is hereby withdrawn as moot; and

(3) Plaintiffs JOANNA ANDERSON, in her personal capacity, M.A., a minor, by and through her guardian ad litem, Joanna Anderson, and W.A., a minor, by and through his guardian ad litem Joanna Anderson, are hereby dismissed as parties from this action.

Dated: April 14, 2016

_____
Troy L. Nunley
United States District Judge