Andrew C. Schwartz (State Bar No. 64578)
Adam M. Carlson (State Bar No. 257795)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:  (925) 947-1147
Facsimile:    (925) 947-1131
schwartz@cmslaw.com
carlson@cmslaw.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA  94117
Telephone:  (415) 225-7592
Facsimile:  (415) 487-0748
ksnell@snell-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF WAYNE ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, et al<br><br>Defendants. | CASE NO.:  1:14-cv-01599-TLN-SAB<br><br>**ORDER GRANTING  REQUEST TO SEAL DOCUMENTS** |

Pursuant to Eastern District General Rule 141, the parties filed a joint Request to Seal documents.  Defendant Marsh argued that this Court should grant the request to seal two documents Plaintiff relies on in support of Plaintiff's Opposition to Defendant CHP Officer Marsh's Motion for Summary Judgment.  The documents are generally described in the Notice of Request to Seal Documents, filed herewith.

The Court hereby GRANTS the Request to Seal.  The exhibits described in the parties' Notice of Request to Seal Documents shall be filed under seal.

Dated: April 25, 2016

_____
Troy L. Nunley
United States District Judge

*Anderson v. California Highway Patrol Officer Marsh, et al.*                                                                 Page 1
ORDER GRANTING REQUEST TO SEAL DOCUMENTS

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131