# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE STEVEN ANDERSON, et al., | Case No. 1:14-cv-01599-TLN-SAB |
| Plaintiffs, | ORDER EXTENDING TIME FOR DISPOSITIONAL DOCUMENTS TO BE FILED |
| v. | (ECF No. 74) |
| JOHN MARSH, | |
| Defendant. | |

On August 2, 2022, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. (ECF No. 72.) The Court vacated all pending matters and dates and ordered the parties to file dispositional documents no later than September 28, 2022. (ECF No. 73.)

On September 23, 2022, the parties filed a stipulated request for an extension of time to file dispositional documents. (ECF No. 74.) The parties proffer Defendant estimates the settlement payment will not be made until approximately November 2, 2022; the parties seek an extension to file dispositional documents until December 1, 2022, "in an abundance of caution," in order to allow sufficient time for the settlement amount to be paid to Plaintiff. The Court shall grant the requested extension, up to December 1, 2022, to file dispositional documents. However,

1

the parties are advised that no further extensions of time shall be granted absent a strong showing of good cause. Furthermore, the parties are remined that, once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court generally does not retain jurisdiction to oversee that the parties comply with the terms of the settlement, absent a properly-noticed motion seeking such relief.

      Accordingly, IT IS HEREBY ORDERED that the parties SHALL FILE dispositional documents **no later than December 1, 2022**. Failure to comply with the Court's order may result in the imposition of sanctions, including monetary sanctions against all parties and their attorneys of record and dismissal of this action.

IT IS SO ORDERED.

Dated:   **September 26, 2022**

UNITED STATES MAGISTRATE JUDGE

2